# Exhibit D

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,791,421**  
**Registered Jul. 02, 2019**  
**Int. Cl.: 5, 10**  
**Trademark**  
**Principal Register**

Spectrum Laboratories, LLC (OHIO LIMITED LIABILITY COMPANY)  
Po Box 8401  
Cincinnati, OHIO 45208

CLASS 5: Dietary supplemental drinks; chemical compositions and agents for detoxifying medical and clinical urine samples, namely, chemical reagents for medical purposes

FIRST USE 4-30-2017; IN COMMERCE 4-30-2017

CLASS 10: Untreated multi-drug testing dip cards for drug use testing purposes

FIRST USE 4-30-2017; IN COMMERCE 4-30-2017

The mark consists of design image resembling a clock as the letter "Q" with a lightening bolt shape as the tail of the "Q".

SER. NO. 87-699,413, FILED 11-28-2017

*Andrei Iancu*  
Director of the United States  
Patent and Trademark Office