# Exhibit E

**Registration #:** VA0002216597
**Service Request #:** 1-9298484421

## Mail Certificate

McDonald Hopkins
Matthew J. Cavanagh
600 Superior Ave., East, Suite 2100, Suite 2100
Cleveland, OH 44114 United States

**Priority:** Special Handling    **Application Date:** September 18, 2020

## Correspondent

**Organization Name:** McDonald Hopkins
**Name:** Matthew J. Cavanagh
**Email:** mcavanagh@mcdonaldhopkins.com
**Telephone:** (216)348-5730
**Address:** 600 Superior Ave., East, Suite 2100
Suite 2100
Cleveland, OH 44114 United States

Registration Number

# VA 2-216-597

**Effective Date of Registration:**
September 18, 2020
**Registration Decision Date:**
September 21, 2020

## Title

Title of Work: Q Clock

## Completion/Publication

Year of Completion: 2017
Date of 1st Publication: April 30, 2017
Nation of 1st Publication: United States

## Author

- Author: Spectrum Laboratories, LLC
Author Created: 2-D artwork
Work made for hire: Yes
Citizen of: United States

## Copyright Claimant

Copyright Claimant: Spectrum Laboratories, LLC
PO Box 8401, Cincinnati, OH, 45208, United States

## Rights and Permissions

Organization Name: McDonald Hopkins
Name: Matthew J. Cavanagh
Telephone: (216)348-5730
Address: 600
Suite 2100
Cleveland, OH 44114 United States

## Certification

**Name:** Matthew J. Cavanagh
**Date**: September 18, 2020