# Exhibit H

quickfixurine.com



{9144756: }



{9144756: }





{9144756: }

quickfixurineplus.com



{9144756: }



{9144756: }





{9144756: }



{9144756: }



quickfixfakepee.com



{9144756: }



{9144756: }





{9144756: }

# quickfixsynbtheticurine.com



{9144756: }



{9144756: }



{9144756: }