# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| Spectrum Laboratories, LLC, ) | |
|     Plaintiff, ) | Case No. 1:20-cv-2333-SO |
| ) | |
|     vs. ) | Judge Solomon Oliver, Jr |
| ) | |
| 513 Ventures LLC, ) | |
|     Defendant. ) | |

## Oct. 2020 Declaration of Matthew Stephens

I, Matthew Stephens, do hereby declare and testify as follows:

1. I am an adult person and am competent to make this declaration. I make this declaration based on my personal knowledge, and I could and would competently testify to the following:

## Background

2. I am an owner and the Managing Member of plaintiff Spectrum Laboratories, LLC ("Spectrum").

3. Spectrum has been in the synthetic urine industry for over 20 years.

4. Spectrum manufactures its QUICK FIX synthetic urine products and sells them to distributors and to consumers on its website https://urineluck.com.

5. Spectrum marks the packaging of its QUICK FIX products with U.S. Patent Nos. 7,192,776 and 9,128,105.

6. Spectrum owns trademark rights to the QUICK FIX mark and a Q-CLOCK logo, including federal registrations to those marks: Reg. Nos. 4,453,892 and 5,791,421,

respectively.

7. Spectrum owns a copyright (Reg. No. VA 2-216-597) to a variation of the Q-Clock logo. Shown below are Spectrum's packaging and representative IP rights:



| Packaging | Trademark | Copyright |
| --- | --- | --- |
|  | QUICK FIX |  |

8. Spectrum has been using the QUICK FIX mark for over 20 years.

9. Spectrum's QUICK FIX mark is well known in the marketplace; customers associate it with Spectrum, and Spectrum's QUICK FIX products have led the market for many years.

**Relationship with 513 Ventures**

10. For some time, Spectrum has sold QUICK FIX products to 513 Ventures, which 513 Ventures resells for a profit.

11. Although Spectrum originally allowed 513 Ventures to use the QUICK FIX mark to some extent, for example in the quickfixurine.com domain name, 513 Ventures began doing things that confused consumers into thinking that 513 Ventures was the original source of QUICK FIX products, 513 Ventures and Spectrum were the same or related, and 513 Ventures' websites were Spectrum websites.

12. As things worsened, Spectrum demanded that 513 Ventures stop using the Infringing Domains (defined below) and stop other deceptive conduct.

13. When 513 Ventures refused, Spectrum terminated the license to 513 Ventures, demanded that 513 Ventures comply with the termination, and offered to allow 513 Ventures time to make the necessary changes. (*See* Aug. 31, 2020 letter by McDonald Hopkins.) 513 Ventures refused to respect the termination or stop its deceptive conduct, which necessitates this lawsuit.

14. Without Spectrum's permission, 513 Ventures is currently selling QUICK FIX products and other non-Spectrum products on these websites: quickfixurine.com; quickfixurineplus.com; quickfixfakepee.com; and quickfixsyntheticurine.com (collectively, the "Infringing Domains"). The other non-Spectrum products include "stash undies," "synthetic urine belt," "stash leg strap," "piss perfect," "sticky hand warmers," and "stash strap."

15. Based on samples of product I have received that were ordered and sent from 513 Ventures, 513 Ventures is purposefully covering up the contact information of Spectrum that is standard on the packaging so that consumers will not associate the product with Spectrum.

16. Attached as **Exhibit 1** are true and correct copies of emails that Spectrum received from customers confused by 513 Ventures' websites.

17. As of the date of this declaration, when searching Google for "quick fix," the search results place 513 Ventures' quickfixurine.com website ahead of Spectrum's urineluck.com website.

**Batch Validator**

18. On Spectrum's website, Spectrum offers consumers a "Batch Validator" tool. https://urineluck.com/batchvalidator/

19. The Batch Validator is the most visited page on Spectrum's website, for example, in September 2020, there were over 1.5 times the visits to the Batch Validator page compared to the main page.

20. The purpose of the Batch Validator is for quality control to help insure that customers have authentic product that (1) has not expired, and (2) that is not counterfeit.

21. Spectrum updates its database monthly based on testing and its internal formula. This database is proprietary and has not been shared with any of Spectrum's customers.

22. 513 Ventures features a "Batch Verification" tool on these websites:

- quickfixurine.com;
- quickfixurineplus.com;
- quickfixfakepee.com; and
- quickfixsyntheticurine.com.

23. 513 Ventures appears to have employed its own logic to its tool to determine authenticity and expiration, as it does not cross-reference Spectrum's website and database.

24. I have entered sample batch numbers into both Spectrum's Batch Validator tool and 513 Ventures' Batch Verification tool. I confirmed that 513 Ventures' Batch Verification tool does not work with Spectrum's new naming sequence. Using 513 Ventures' tool to attempt to verify a legitimate batch number can result in telling a customer the "batch number is invalid." For example, `LSK-AXF-RCP` is a valid batch number. When that

number is entered into the Batch Verification tool on the quickfixurine.com website, it incorrectly reports "The batch number if invalid," as confirmed by the screenshot below:



25. With 513 Ventures not knowing the correct naming sequence and the correct expiration dates, several issues could arise when customers attempt to verify at batch at one of 513 Ventures' websites. For example, a customer that purchases a legitimate unexpired QUICK FIX product may attempt to verify its batch with 513 Ventures and be told it is expired or the batch number is invalid. Conversely, a legitimate but expired batch could appear not expired. Finally, there is the potential that a counterfeit product used the old naming scheme and appears legitimate using 513 Ventures' tool.

**Complaint Verification**

26. Spectrum filed its Complaint against 513 Ventures in this case on October 13, 2020. I reviewed the Complaint prior to authorizing its filing. Based on my personal knowledge, what has been communicated or otherwise provided to me by Spectrum's employees, and Spectrum's business records, the factual allegations are true to the best of my knowledge, information, and belief.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

October 26, 2020

_____
Matthew Stephens