# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| Spectrum Laboratories, LLC, | ) |
| Plaintiff, | ) Case No. 1:20-cv-2333-SO |
| | ) |
| | ) Judge Solomon Oliver, Jr |
| vs. | ) |
| | ) |
| 513 Ventures LLC, | ) |
| | ) |
| Defendant. | ) |

## Declaration of Matthew J. Cavanagh, Esq.

I, Matthew J. Cavanagh, Esq., do hereby declare and testify as follows:

1. I am an adult person and am competent to make this declaration. I make this declaration based on my personal knowledge, and I could and would competently testify to the following:

2. I am an attorney at the Cleveland, Ohio offices of McDonald Hopkins LLC. I am counsel for plaintiff Spectrum Laboratories, LLC ("Spectrum").

3. Attached hereto as **Exhibit A** is a true and correct copy of screen captures I obtained from the reddit website (https://www.reddit.com/) on or around October 20, 2020.

4. Attached as Exhibit F to the Complaint in this case (ECF #1-6) was a true and correct copy of a letter I sent via email to Brian O'Connell (bjoconnell@strausstroy.com) on August 31, 2020.

5. Mr. O'Connell acknowledged receipt of this email. Attached as Exhibit G to the Complaint in this case (ECF #1-7) was a true and correct copy of the response I received

from Mr. O'Connell via email on or around September 9, 2020, which included a copy of a declaratory judgment complaint that he filed on behalf of 513 Ventures.

6. Attached as Exhibit H to the Complaint in this case (ECF #1-8) was a true and correct copy of screen captures of the following websites that are owned by 513 Ventures (the "Infringing Websites") that I obtained on or around October 7, 2020:

- quickfixurine.com;
- quickfixurineplus.com;
- quickfixfakepee.com; and
- quickfixsyntheticurine.com.

7. On October 22, 2020, I ran a Google search for "quick fix." The Google search results displayed 513 Ventures' website quickfixurine.com first, and ahead of Spectrum's urineluck.com website. Below are true screenshots from my Oct. 22, 2020 Google search:





8. Attached as **Exhibit B** are true screenshots from one of the Infringing Websites that I obtained on October 23, 2020, in which 513 Ventures misrepresents that QUICK FIX products are "our formula."

9. Attached as **Exhibit C** is a true screenshot of Quick Fix Urine's Facebook page that I obtained on or around October 20, 2020 from the address below. This page links to one of the Infringing Websites and contains 513 Ventures' contact information.

https://www.facebook.com/quickfixurine

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

October 26, 2020                                      */s/Matthew J. Cavanagh*
                                                       Matthew J. Cavanagh