# Exhibit B



{9144756: }



**What Labs Are Looking For**

**Labs DON'T test for:**

- Hormones (indicating gender or pregnancy)
- Genetic data (violates genetic discrimination laws)
- Prescription medications (if you are prescribed them)
- Health status of the person providing urine

**The standard urine test checks for the presence of these these substances:**

- Amphetamines
- Barbiturates
- Benzodiazepines
- Cannabis
- Cocaine
- Methadone
- Methaqualone
- Opioids
- Phencyclidine
- Propoxyphene
- Much More

**A urine testing lab only checks the following:**

- Temperature
- pH
- Creatinine



- Creatinine
- Uric acid
- Urea
- Specific gravity
- Bleach (People Still try adding this to urine, validity testing detects this)
- Peroxide (Should never be added to a urine, can be detected)
- Glutaraldehyde (Old School Urine Additive trick they now test for)

**Always Improving**

Even though Quick Fix has long been the most advanced synthetic urine formula on the market, we are continuously updating our formula to stay ahead of lab testing standards. Our premixed solution is easy to use, comes with a 2-year shelf life, and can be heated and reheated as many times as you need. In our 25+ years in the industry, Quick Fix has been bought (and used) by millions of satisfied customers. We're thrilled to say we've developed the most sophisticated synthetic urine available today: Quick Fix 6.2!

**Even Labs Use Quick Fix!**

Because Quick Fix is often thought of as a novelty item for wet sex simulation or for pranking your friends, you might be surprised to learn that our biggest customers are actually professional laboratories! The main reason we continue to upgrade our formula to stay ahead of testing standards is because many labs around the world purchase Quick Fix to use for conducting research, tests, and experiments. It's so close to the real thing that it's even used as a control sample to calibrate urinalysis equipment for urine testing laboratories. Guess what? It's still undetectable - even under the closest examination in a lab. Whatever you plan on using it for, you can bet on Quick Fix to be the perfect substitute for your own pee!

**WARNING: Temperature and Time**

Every batch of Quick Fix is thoroughly pre-tested in our laboratory before it's shipped to you which is why we rarely receive complaints about our product. However, there are two things to consider that could cause your bottle of Quick Fix to be detectable in a lab.

First: Quick Fix can be detectable in a laboratory if the heating instructions were not followed closely. Make sure the sample is at body temperature before you use it!

DON'T BUY EXPIRED QUICK FIX

{9144756: }





