UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| Spectrum Laboratories, LLC, | ) | |
| | ) | Case No. 1:20-cv-00986 |
| Plaintiff, | ) | |
| | ) | Judge Michael R. Barrett |
| v. | ) | |
| | ) | |
| 513 Ventures LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**Spectrum's and 513's Stipulated Joint Motion for Extension of Deadlines**

Plaintiff Spectrum Laboratories, LLC and defendant 513 Ventures, LLC jointly and respectfully move the Court to grant each party an extension of the respective deadlines that each party currently faces as follows:

(1) extending Spectrum's deadline to move, plead, or otherwise respond to 513's counterclaim (ECF #25) from January 6, 2021, until (a) two weeks after this Court rules on 513's pending motion to stay, if denied, or (b) two weeks after the stay is lifted, if a stay is granted; and

(2) extending 513's deadline to reply to Spectrum's opposition to 513's motion to stay (ECF #26) by five days from January 6, 2021, until January 11, 2021.

Counsel for the parties have met-and-conferred about these extension requests, and each does not oppose and stipulates to the other party's extension request. The good cause for each of these requests is as follows.

I.  **Spectrum's Deadline to Respond to 513's Counterclaim**

On December 16, 2020, 513 answered Spectrum's complaint and included a counterclaim for breach of contract (Count One), tortious interference with business

{9313265: }

relationship (Count Two), and false takedown request under the DMCA, 17 U.S.C. § 512(f) (Count Three). (ECF #25, PageID #71-74.) Fed. Civ. R. 12(a)(1)(B) requires Spectrum to answer the counterclaim within 21 days, *i.e.*, by January 6, 2020. Spectrum intends to move to dismiss one or more claims asserted in 513's counterclaim at least based on copyright preemption (as to the state law claims) and failure to state a claim (as to all claims).

513, however, has moved to stay this case pending a state case between the parties. (ECF #24.) Briefing is not yet complete on 513's stay motion. Because the Court has not yet ruled on 513's motion to stay, Spectrum and 513 agree that it would be prudent and efficient to postpone motion practice on 513's counterclaim until after the Court decides whether to stay the case. This avoids the possibility of the parties spending time, effort, and money briefing a motion to dismiss when the Court may stay the case. Thus, the parties jointly ask that the Court extend Spectrum's deadline to move, plead, or otherwise respond until two weeks after the Court rules on the stay motion, if it is denied, or two weeks after the stay is lifted, if a stay is granted.

## II.     513's Deadline to File Reply Brief on its Motion to Stay

On December 15, 2020, 513 moved to stay this case pending a state case between the parties. (ECF #24.) On December 30, 2020, Spectrum opposed 513's stay motion. (ECF #26.) This Court ordered 513 to reply within seven days of Spectrum's opposition, which requires 513 to reply by January 6, 2020. (12/10/20 Minute Order.)

Due to other professional, personal, and family obligations over those seven days, including events and obligations related to the intervening New Year's holiday, 513 needs

additional time to review Spectrum's opposition and to draft a cogent response. Thus, 513 requests a five-day extension of the reply brief deadline until January 11, 2020.

*****

These requests are the first requests for extensions of these deadlines, they are not made for delay or any improper purpose, and instead are sought because there is a genuine need for more time (as to 513's request) and a desire to avoid the cost of motion practice until after the Court decides whether to stay the case (as to Spectrum's request).

Because the parties do not oppose the other's extension request, no party would be prejudiced by the granting of these extensions.

For these reasons, the parties jointly ask the Court to grant this motion.

Dated: December 31, 2020

 s/ Matthew J. Cavanagh
David B. Cupar (OH 0071622)
Matthew J. Cavanagh (OH 0079522)
Nicholas A. Kurk (IL 6292133)
MCDONALD HOPKINS LLC
600 Superior Avenue, East, Ste. 2100
Cleveland, Ohio 44114
t 216.348.5400 | f 216.348.5474
dcupar@mcdonaldhopkins.com
mcavanagh@mcdonaldhopkins.com
nkurk@mcdonaldhopkins.com

*Counsel for Spectrum Laboratories, LLC*

Respectfully submitted,

/s/ Stephen S. Schmidt
Brian J. O'Connell (0059276)
Stephen S. Schmidt (0085530)
STRAUSS TROY CO., LPA
150 E. Fourth Street
Cincinnati, OH 45202-4018
T: (513) 629-9451
F: (513) 241-8259
E: bjoconnell@strausstroy.com
E:  ssschmidt@strausstroy.com

and

Charles H. Brown, III (0038884)
WOOD HERRON & EVANS LLP
441 Vine Street, Suite 2700
Cincinnati, OH 45202-2917
T: (513) 707-0401
F: (513) 241-6234
E: cbrown@whe-law.com

*Counsel for 513 Ventures, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing has been served on December 31, 2020 via the Court's CM/ECF system.

By:  s/ Matthew J. Cavanagh

{9313265: }