# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| Spectrum Laboratories, LLC, | ) Case No. 1:20-cv-00986 |
| Plaintiff, | ) Judge Michael R. Barrett |
| vs. | ) |
| 513 Ventures, LLC, | ) |
| Defendant. | ) |

**MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR DEFENDANT**

Pursuant to Local Civil Rule 83.4(c)(2) of the Local Rules of the United States District Courts for the Southern District of Ohio, Defendant 513 Ventures, LLC, ("Defendant"), respectfully requests this Court grant permission to Charles H. Brown, III to withdraw as attorney of record for Defendant. There is good cause for this Court to grant the motion to withdraw for Charles H. Brown, III because he no longer participates in the representation of Defendant in this matter and will be leaving Wood, Herron & Evans, LLP, effective June 30, 2021. Brian J. O'Connell and Stephen S. Schmidt of Strauss Troy Co., LPA, and Gregory F. Ahrens of Wood, Herron & Evans, LLP, will continue as attorneys of record for Defendant. Defendant 513 Ventures, LLC, 8190 Beechmont Avenue, Cincinnati, OH 45255, consents to the withdrawal by Charles H. Brown, III.

The requested withdrawal will not delay these proceedings.

<table>
<tr><td>Dated: June 30, 2021</td><td>

/s/ Charles H. Brown, III
Brian J. O'Connell (0059276)
Stephen S. Schmidt (0085530)
STRAUSS TROY CO., LPA
150 E. Fourth Street
Cincinnati, OH 45202-4018
T: (513) 629-9451
F: (513) 241-8259
E: bjoconnell@strausstroy.com
E: ssschmidt@strausstroy.com

and

Gregory F. Ahrens
Charles H. Brown, III
WOOD HERRON & EVANS, LLP
441 Vine Street
2700 Carew Tower
Cincinnati, Ohio 45202
T: (513) 241-2324
F: (513) 241-6234
E: cbrown@whe-law.com
E: cpfister@whe-law.com

Attorneys for Defendant
513 Ventures, LLC

</td></tr>
</table>

## CERTIFICATE OF SERVICE

I certify that on June 30, 2021, the foregoing was filed electronically via the Court's CM/ECF service, and that all parties listed to receive CM/ECF notifications will be notified through the Court's system.

/s/ Charles H. Brown, III
Charles H. Brown, III