

A business advisory and advocacy law firm®

McDonald Hopkins LLC
600 Superior Avenue, East
Suite 2100
Cleveland, OH 44114

P 1.216.348.5400
F 1.216.348.5474

Direct Dial: 216.348.5730
E-mail: mcavanagh@mcdonaldhopkins.com

August 31, 2020

**Via Email (bjoconnell@strausstroy.com)**

Brian J. O'Connell, Esq.
STRAUSS TROY
150 East 4th Street, #4
Cincinnati, Ohio 45202-4018

Re:     **Termination of License**

Dear Mr. O'Connell:

I write on behalf of Spectrum Laboratories, LLC to advise that it is terminating the license under which it allowed 513 Ventures to use Spectrum's trademarks, including the QUICK FIX® trademark, effective immediately. 513 Ventures, therefore, must end all use of Spectrum's marks, including (without limitation) in the quickfixurine.com, quickfixurineplus.com, quickfixfakepee.com, and quickfixsyntheticurine.com domain names, the websites at those domains, and any other domain name, website, or marketing materials that contain the QUICK FIX mark or any other Spectrum mark.

Going forward, 513 Ventures may, however, use Spectrum's marks to identify Spectrum products for resale by 513 Ventures, but in no circumstances beyond what the nominative fair use defense allows. Under no circumstances may 513 Ventures use a Spectrum mark, or a confusingly-similar variation of it: (a) in any form as part of a domain name, URL, business name, online store name, website title or name, or email address, or (b) in any way likely to cause confusion as to the affiliation, connection, or association of 513 Ventures or as to the origin, sponsorship or approval of goods offered by 513 Ventures.

As a courtesy, Spectrum will allow 513 Ventures a reasonable transition period to remove or change its websites, domain names, and marketing materials. We ask that 513 Ventures respond to this letter by ***September 11, 2020*** as to whether it will comply with the termination and an estimate of how long it will take to make the necessary changes. In the meantime, if you have any questions concerning this matter, please call or write.

Sincerely,

/s/ Matthew J. Cavanagh

Matthew J. Cavanagh

{9063566: }

**EXHIBIT 2**